Entered on Docket
March 22, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: March 22, 2022



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case No. 20-30621-DM |
| REALTYSHARES, INC., | ) Chapter 7 |
| Debtor. | ) |
| | ) Adversary Case No. 21-03066-DM |
| E. LYNN SCHOENMANN, TRUSTEE OF THE BANKRUPTCY ESTATE OF REALTYSHARES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| RS LENDING, INC., REALTYSHARE SECURITIES, LLC, AND IIRR MANAGEMENT SERVICES, LLC, | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANT IIRR MANAGEMENT SERVICES, LLC'S MOTION TO DISMISS ADVERSARY PROCEEDING WITH LEAVE TO AMEND**

On March 18, 2022, the court held the scheduling conference and a hearing on, 1) Plaintiff's *Motion for Default Judgment Against RS Lending, Inc. and RealtyShares Securities, LLC* (Dkt. 16), and 2) Defendant IIRR Management Services, LLC's Motion to

-1-

Dismiss Adversary Proceeding (Dkt. 22). Appearances are noted on the record. For the reasons stated on the record,

IT IS HEREBY ORDERED that, the Motion to Dismiss Adversary Proceeding filed by Defendant IIRR Management Services, LLC is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is granted thirty (30) days from the entry of this order to amend the complaint or file a statement that no amended complaint would be filed. If no amended complaint is filed, the court will issue default judgments promptly as to the remaining two defendants. If an amended complaint is filed, the court will set a further scheduling conference.

**END OF ORDER**

COURT SERVICE LIST

ECF Recipients