Entered on Docket
October 13, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: October 13, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KIEVE LAW OFFICES
　Loren Kieve (Bar No. 56280)
　lk@kievelaw.com
2655 Steiner Street
The Presidio of San Francisco
San Francisco, California 94115
Telephone:　(415) 800-3646
Facsimile:　(435) 304-0060

Counsel for plaintiff E. Lynn Schoenmann, Trustee of the Bankruptcy Estate of RealtyShares, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>REALTYSHARES, INC.,<br>Debtor.<br><br>-------------------------------------------------------<br><br>E. LYNN SCHOENMANN, Trustee of the Bankruptcy Estate of Realty Shares, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>RS LENDING, INC.; REALTYSHARES SECURITIES, LLC; and IIRR MANAGEMENT SERVICES, LLC,<br><br>Defendants | Case No. 20-30621<br><br>Chapter 7<br><br><br><br>Adversary Proceeding No.: 21-03066<br><br><br><br>**JUDGMENT IN FAVOR OF E. LYNN SCHOENMANN, TRUSTEE OF THE BANKRUPTCY ESTATE OF REALTYSHARES, INC., AGAINST RS LENDING, INC., AND REALTYSHARES SECURITIES, LLC** |

　　Defendants RS Lending, Inc., and RealtyShares Securities, LLC having defaulted and entry of defaults having been entered against them pursuant to Fed. R. Bkry. Proc. 7055 and Fed. R. Civ. P. 55(a) by the Clerk of the Court on February 1, 2022, (ECF Doc. #15), and the Court having dismissed the remaining claims against defendant IIRR Management Services, LLC, judgment is hereby entered as follows:

1

In favor of plaintiff E. Lynn Schoenmann, as bankruptcy trustee of the estate of RealtyShares, Inc., against defendant RS Lending, Inc., in the amount of $38,341,065.35, together with prejudgment interest at the statutory rate of 10% per year from the date of filing of the bankruptcy petition of RealtyShares, Inc., July 31, 2020, to the date of judgment, and following the entry of judgment, postjudgment interest at the federal judgment rate in effect this date.

In favor of plaintiff E. Lynn Schoenmann, as bankruptcy trustee of the estate of RealtyShares, Inc., against defendant RealtyShares Securities, LLC in the amount of $19,747,601.31, together with prejudgment interest at the statutory rate of 10% per year from the date of filing of the bankruptcy petition of RealtyShares, Inc., July 31, 2020, to the date of judgment, and following the entry of judgment, postjudgment interest at the federal judgment rate in effect this date.

**SO ORDERED**

\* \* \* END OF JUDGMENT \* \* \*